IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY R. IVERSON, DAWN M.
IVERSON, GEORGE HOWELL, III and
GH HEATING & AIR LLC,

    Plaintiffs,

v.

                              Case No: 23-CV-718

J. DAVID TAX LAW, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated this 3rd day of January, 2025.

                              CRIVELLO, NICHOLS & HALL, S.C.
                              Attorneys for Defendant, J. David Tax Law, LLC

                              BY: */s/ Matthew J. Tobin*
                                      SAMUEL C. HALL, JR.
                                      State Bar No. 1045476
                                      MATTHEW J. TOBIN
                                      State Bar No. 1097545

                              <u>P.O. Address</u>:
                              Crivello, Nichols & Hall, S.C.
                              710 N. Plankinton Avenue
                              Milwaukee, WI 53203
                              414-271-7722
                              shall@crivellolaw.com
                              mtobin@crivllolaw.com

1

Dated this 3rd day of January, 2025.

        MURPHY & ANDERSON, P.A.
        Attorneys for Defendant, J. David Tax Law, LLC

        BY: */s/ Lawton R. Graves*
            LAWTON R. GRAVES
            FL State Bar No. 86935

        P.O. Address:
        Murphy & Anderson, P.A.
        1501 San Marco Blvd.
        Jacksonville, FL 32207
        Phone: (904) 380-8085
        Email: lgraves@murphyandersonlaw.com

Dated this 3rd day of January, 2025.

        HANSON LAW GROUP, LLP
        Attorneys for Plaintiff

        BY: */s/ Kyle B. Hanson*
            KYLE B. HANSON
            State Bar No. 1085048

        P.O. Address:
        Hanson Law Group LLP
        1250 S. Grove Ave., Suite 305
        Barrington, IL 60010
        Phone: (847) 282-0003
        Email: kylehanson@hansonlawgrp.com